**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2274**

JERRY A. HURST,

    Plaintiff - Appellant,

   v.

CITY OF SALISBURY, MARYLAND; CHIEF WEBSTER; CAPTAIN WILEY;
OFFICER SMULLEN, in their individual and official
capacities; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY;
MARSHALL MAJOR; MARTY A. HARBIN; JOHN D. MCGAVIN; MAXWELL
HUDDLESTON WIEGARD; GUY M. HARBERT, III; DOES 1-50, in their
individual and official capacities,

    Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District
Judge.  (1:10-cv-02516-WDQ)

Submitted:  May 26, 2011    Decided:  May 31, 2011

Before KING, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerry A. Hurst, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry A. Hurst appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hurst v. City of Salisbury, Md., No. 1:10-cv-02516-WDQ (D. Md. Oct. 18, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED